DocuSign Envelope ID: 26B2DBCF-0EBD-4C51-87A9-CA3CD1B1E886

DocuSign Envelope ID: 53890AE3-4BD3-4E68-86C4-66F66114EF9D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

YVETTE VIGILANCE,

                Plaintiff,

  -against-

BRIDGE STREET DEVELOPMENT CORPORATION, and
JUSTWORKS, INC.

                Defendants.

---------------------------------------------------------------------x

1:20-cv-03269-KAM-RLM

## STIPULATION AND ORDER OF FINAL DISMISSAL
## WITH PREJUDICE OF PLAINTIFF'S CLAIMS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Yvette Vigilance ("Plaintiff"), Defendant Bridge Street Development Corporation and Defendant Justworks, Inc. (together, "Defendants"), that Plaintiff's claims in this action shall be dismissed in their entirety, with prejudice, in accordance with the terms of the Negotiated Settlement Agreement and General Release. The court shall retain jurisdiction to enforce the settlement and any issues concerning settlement payment.

Respectfully submitted,

Dated: **April 19, 2021**     By: _/s/ Abdul Hassan_
Abdul K Hassan, Esq.
Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427
(718) 740-1000
abdul@abdulhassan.com

ATTORNEYS FOR PLAINTIFF

DocuSign Envelope ID: 26B2DBCF-0EBD-4C51-87A9-CA3CD1B1E886
DocuSign Envelope ID: 53890AE3-4BD3-4E68-86C4-66F66114EF9D

Dated: 4/19/2021         By: *Matthew Woodard*
                             Matthew H. Woodard, Esq.
                             Jackson Lewis P.C.
                             44 South Broadway, 14th Floor
                             White Plains, NY 10601
                             (914) 872-6914
                             matthew.woodard@jacksonlewis.com

                             ATTORNEYS FOR DEFENDANT,
                             BRIDGE STREET DEVELOPMENT CORP.

Dated: 4/22/21           By: *David B. Lichtenberg*
                             David B. Lichtenberg, Esq.
                             Fisher & Phillips LLP
                             430 Mountain Avenue, Suite 303
                             Murray Hill, NJ 07974
                             (908) 516-1056
                             dlichtenberg@fisherphillips.com

                             ATTORNEYS FOR DEFENDANT,
                             JUSTWORKS, INC.


SO ORDERED this _____ day of _____, 2021.

_____

4814-0094-5119, v. 2